UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **2:07-cr-00135-ER** | Date   March 20, 2007 |

Present: The Honorable   EDWARD RAFEEDIE, U.S. DISTRICT JUDGE

Interpreter   Not applicable.

| Pamela Silence | Briget Montero | Fred Slaughter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LUIS TAPIA | ✓ | ✓ | | Michael Schafler, DFPD | ✓ | ✓ | |

**Proceedings:**      CHANGE OF PLEA

✖   Defendant moves to change plea to the Single-Count Information.

✖   Defendant sworn.

✖   Defendant now enters a new and different plea of Guilty to Count One of the Single-Count Indictment.

✖   The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.  Defendant is adjudged guilty.

✖   The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **Monday, June 18, 2007 at 1:30 p.m.** for sentencing.

✖   The Court orders plea agreement made a part of the record to reflect the terms and conditions under which defendant has agreed to plead guilty.

✖   Defendant's waiver of indictment was filed on March 5, 2007.

cc: Pretrial Services
    Probation Office

|  | : | 22 |
|---|---|---|
| Initials of Preparer | prs | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **2:07-cr-00135-ER** | Date | March 20, 2007 |
|---|---|---|---|

Present: The Honorable    EDWARD RAFEEDIE, U.S. DISTRICT JUDGE

Interpreter    Not applicable.

| Pamela Silence | Briget Montero | Fred Slaughter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LUIS TAPIA | ✓ | ✓ | | Michael Schafler, DFPD | ✓ | ✓ | |

**Proceedings:**    CHANGE OF PLEA

✖    Defendant moves to change plea to the Single-Count Information.

✖    Defendant sworn.

✖    Defendant now enters a new and different plea of Guilty to Count One of the Single-Count Indictment.

✖    The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.  Defendant is adjudged guilty.

✖    The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **Monday, June 18, 2007 at 1:30 p.m.** for sentencing.

✖    The Court orders plea agreement made a part of the record to reflect the terms and conditions under which defendant has agreed to plead guilty.

✖    Defendant's waiver of indictment was filed on March 5, 2007.

cc: Pretrial Services
    Probation Office

| | : | 22 |
|---|---|---|
| Initials of Preparer | prs | |