# EXHIBIT A

Dear Honorable

First and for most, I would like to thanks you for taking the time out of your busy schedule to read this letter.

Your honor I'm not going to waist your time today by trying to convience you of why I dont deserve to be sent to prison. I believe that there's alway's two sides to every story, and since your honor don't know me personally. I would like to take the time to tell my side, of the story. What I would like to do, is convey my deepest and sincerest regrates to you. I would like to ask you to believe me when I tell you that I am very ashamed of what I've become.

I would like to tell you a little about myself, because I think It might be in correlation to why I've live my life in such an unethical way. I was born to Rebeca and Luis Tapia. My father was kill when I was 9 months old. Short after My Mom came to the USA and left me back in Mexico with some family members. My mom (Rebeca) came to the US in search of a better life for us, not knowing how bad these family members would treat me. from the age 5 to 8 years old I was badly beating with stick, cables, Rock's and other Items. by the time my mom send for me I was in real bad shape. when I was 8 years old, I gt reunated with my mom, By then my mom had my little brother (Jose) and a single mother due to a bad mainrige.

I though It was going to be better for me and my brother but I was wrong because my mom was a single mother and at that a verry stressful mom. My Mother had a Job cleaning houses but that was not enough. We would always have a problem with the rent and also to have three hot meals a day.

Growing up in one of the worst streets of LA made It easier to get in trouble. I started looking up to the wrong people. Older and stroger guys would often play father figure roles with me, which made me suscetible to being misguided and manipulated and all of that because I wanted to fit in with others. Your honor I am not trying to give you any indications that I'm a victim of guilt by association in anyway. I take foll responsibility as an individual for all my wrong doing. I'm simply trying to give you a perspective of how influence, misguidence and pure pressure can be powerful eliments to a persons down fall.

I have been through so much pain and loss my youth to the youth Authority. and now all of that has change. I really hope you believe me when I tell you I am tire of living this life. The changes I maid wasn't cuz my life style. It all come down to my children. the family I got and would really hurt to loose. My stept son Enny, my two daughters Isis, lyly and my soon to become wife Martha are my true reason for my re-entering to the US.

Since my re-entering I was living my dream. That's "the old american dream". A beutiful family and a good Job, all I want is to live a normal life, and I want to give my children a fighting chance to live a good life. Right now there are living in a one bedroom apt. and a bad neighbor hood. I worry about them more than anything. I don't want history to repeat itself. So I am asking you, your honor to please give me a chance to break the chain.

I know that going to prison is inevitable but at least let me out in time to make a difference in my childrens lives. Your honor my mother is a Christian and I have started reading the bible in here. She tells me that as long as I sincerly repent and have faith, that I will bee out soon.

Well I really do repent but my faith is diminished by fear. because the though of being away from my family for so long is frightening.

I thank you again your honor for your precious time

Sincerly
Luis A. Tapia
~~Luis~~.

# EXHIBIT B

March 2, 2007

Martha P. Zepeda

3314 Alice Street

Los Angeles, CA 90065

Phone 323.227.5079

To Whom It May Concern:

This letter of recommendation is regarding Luis A. Tapia. I've known him for more than ten years. He and I met when we were in middle school back in the year 1993. And ever since the, we've been to together. I am right now five months pregnant and we are expecting our fourth baby, we already have two girls and one boy. He is a very sweet and caring father to his kids. Even though he isn't my son's biological father, he treats him just like his own. Luis wants to adopt Ernie and I am very happy about it because I know he will be good to him.

Luis Tapia works very hard every day and when necessary he also works on weekends and holidays to support his family. He is in the construction industry and he has to work long hours every day. He gets up everyday at 3:00am, and he does it without complaining.

His family means a lot to him and whenever he has time off from work he spends it with us, his family. We go to the park, go camping, to the lake, or watch movies at home. I know it hurts him a lot not being with his kids, and they miss him very much. They want him to come home soon. He doesn't want his kids to suffer because they don't have his support.

Sincerely,

Martha P. Zepeda

# EXHIBIT C

## jean

**From:** jean [jferr@interior-concepts.net]

**Sent:** Friday, March 02, 2007 1:11 PM

**To:** 'pattyzepeda2002@aol.com'

**Subject:** Luis Tapia

To whom it may concern,

At this time I wish to express my opinion of Mr. Tapia. On occasion Mr. Tapia and I would talk about his life and how he feels he messed up as a kid and how he wants better for himself and family. He expressed his want to have better for his children than what he had growing up.

Although I do not know a lot of what his personal problems were in the past. I as his Supervisor at work have never been disappointed in his ability, knowledge of his profession, or willingness to learn. He has shown total dedicated to his job for the past year & 6 months he has been working for Interior Concepts, while maintaining a family life.

He has never refused to go anywhere when asked. No job was too big to complete. Our jobs go north to the Bay area and as far south as Calexico. . He is very well liked by EVERY job Superintendent he has been on jobsite with. I talk to the Supers on a daily basis and have been asked, where did you find him, he is great, He is a professional, he has a great attitude, mild mannered and polite. Now I am asked by Superintendents where is he & why isn't he the running the job. I do not have the right to tell where he is.

In our industry (Commercial flooring for major corporations) he sometime has to work weekends or nights. Patty has always been accepting of his sometimes crazy schedule.

We trust him to use Company credit cards, company vehicles, and keep thousands of $$ of equipment with him at all times.

He works very hard and is totally devoted to his family. He would usually take his family in to the office on Fridays to pick up his check. I enjoyed them as a family and he is VERY devoted to wife and his children, from what I observed. It wasn't a phony display. He is genuine.

Regardless of what was in the past, I respect the man he has become. He has grown and deserves to be with his family and working at a good job.

Actually I am very disappointed he is not working with us at this time, but hope someone will allow him to be released to work and enjoy his family.

If I can be of any further assistance please call me.

Jean Ferrara
Resilient Project Coordinator
714 243-4500  b/p
562 577-6306 cell

3/2/2007

# EXHIBIT D

March 2, 2007


Maria Zepeda

3314 Alice Street

Los Angeles, CA 90065

Phone 323.227.5079


To Whom It May Concern:

Luis A. Tapia has been my daughter's partner for almost ten years.  They have known each other since they were in middle school and I know his family.  His mother is a kind lady which loves our grandchildren very much.  Luis is very handy around the house, and he is always there when I need something fixed.  Since I don't have the money to hire someone to do the work professionally, I know I can count on Luis to help me take care of the problem without ever charging me.  He takes me to the doctor and waits for me to come out and takes me home so I don't have to take the bus.  I am a diabetic with high blood pressure.  There were a few times I had to go to the emergency room and he has been there to take me and pick me up from there.  He is a good man to my daughter, responsible with his work and bills, and my grandchildren can't live without him because they love him very much.

Sincerely, *Maria Zepeda*

Maria Zepeda

# EXHIBIT E

March 2, 2007


Rosa Zepeda
3314 Alice Street
Los Angeles, CA 90065
Phone 323.227.5079


To Whom It May Concern:

I have known Luis A. Tapia for about ten year. Luis is the father of my two nieces and the new baby he and my sister are expecting to be born this July.

This man is a very good father to his kids and he works hard to provide them of what they need. He makes sure they always have food, and the bills are paid. He helps my nephew with his homework and spends time with him as well. He picks the kids up from school whenever he is able to and buys them what they want when they behave.

Since there aren't any other adult males in my family, he is the one to help us whenever we need help with things only a man is more likely to take care of, like car problems and moving furniture from one house to another.

He is respectful towards me and my children and my kids call him uncle. They like being around him because they think he is a very fun and funny person. He makes them laugh and plays with them. He takes his kids and mine to the park, and when it's summer they go swimming in the pool and he is always there to supervise them when we can't.


Sincerely,


Rosa Zepeda

# EXHIBIT F

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I130 | IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|---|
| WAC-99-200-50069 | | | |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| July 9, 1999 | | VASQUEZ, ARTURO |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| July 13, 1999 | 1 of 1 | TAPIA, LUIS A. |

ARTURO VASQUEZ
939 EAST EDGEWARE RD
LOS ANGELES CA 90026

**Notice Type:** Receipt Notice

Amount received: $ 110.00

Section: Unmarried child (under age 21)
of U.S. Citizen, 201(b) INA

The above application or petition has been received. It usually takes 120 to 180 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (949) 831-8427**



Form I-797C (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-99-200-40053 | | CASE TYPE I-130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE July 13, 1999 | PRIORITY DATE July 9, 1999 | PETITIONER VASQUEZ, ARTURO |
| NOTICE DATE December 15, 1999 | PAGE 1 of 1 | BENEFICIARY TEJIA, LUIS A. |

ARTURO VASQUEZ
939 EAST EDGEWARE RD
LOS ANGELES CA 90026

Notice Type: Approval Notice
Section: Unmarried Child (under age 21)
of U.S. Citizen, 201(b) INA

The above petition has been approved. We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801 ... who will then forward the approved petition to that ...

The NVC will contact the person for whom you are petitioning (beneficiary), concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 4 weeks before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is (603) 334-0700.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831-8427



Form I-797 (Rev. 09/07/93)N

CONSULATE GENERAL OF THE UNITED STATES, VISA UNIT
P.O. BOX 10545
EL PASO, TX  79995-0545
USA

**FORM LETTER DSL-1045**
**NOTICE OF TERMINATION OF REGISTRATION**

April 1, 2002

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

ARTURO VASQUEZ
939 E EDGEWARE RD
LOS ANGELES, CA 90026


Dear ARTURO VASQUEZ:

We refer to your application for an immigrant visa.  Section 203(e) of the Immigration and Nationality Act, requires that your registration be canceled and any petition approved on your behalf be canceled if you do not apply for your immigrant visa within one year of being advised to do so.

You were advised of this requirement on March 19, 2001, but we have not received a response from you since then.  As a result, you are hereby notified that your application for a visa has been canceled and any petition approved on your behalf has been canceled.

Your application may be reinstated and any petition revalidated if, within one year, you can establish that your failure to pursue your immigrant visa application was due to circumstances beyond your control.

If you have any questions or are experiencing difficulty in complying with the above instructions, please contact the **NATIONAL VISA CENTER AT THE ADDRESS BELOW:**

United States Department of State
National Visa Center
Attn: P4
32 Rochester Avenue
Portsmouth, NH 03801-2909
Tel: (603)334-0700


Sincerely,


Consul of the United States of America

Case Number:          CDJ2000553001
Principal Applicant:  TAPIA VERDUZCO, LUIS ALBERTO


Letter
11-91 DSL-1045

CONSULATE GENERAL OF THE UNITED STATES, VISA UNIT
P.O. BOX 10545
EL PASO, TX 79995-0545
USA

## FORM LETTER DSL-1046
### FINAL NOTICE OF CANCELLATION OF REGISTRATION

June 10, 2004

United States Department of State
Washington, D.C. 20520

ARTURO VASQUEZ
939 E EDGEWARE RD
LOS ANGELES, CA 90026

Dear ARTURO VASQUEZ:

This office previously notified you that as of April 1, 2002your registration for an immigrant visa was cancelled and any petition approved on your behalf was also cancelled. We informed you that your application might be reinstated if, within one year, you could establish that your failure to pursue your immigrant visa application was due to circumstances beyond your control.

Since you have failed to do so, the record of your registration and any petition approved on your behalf have been destroyed.

Sincerely,

Letter
11-91 DSL-1046