SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(Sean_Kennedy@fd.org)
MICHAEL V SCHAFLER (No. 212164)
Deputy Federal Public Defender
(Michael_Schafler@fd.org)
321 East 2nd Street
Los Angeles, California  90012
Telephone (213) 894-5186
Facsimile (213) 894-0081

Attorneys for Defendant
LUIS TAPIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 07-135-ER |
| Plaintiff, | ) | **DEFENDANT'S SUPPLEMENTAL LETTERS RE: SENTENCING** |
| v. | ) | |
| LUIS TAPIA | ) | |
| Defendant. | ) | |

Defendant, Luis Tapia, through his counsel of record, Deputy Federal Public Defender Michael V Schafler, hereby submits his supplemental letters for the Court's consideration at the sentencing hearing in this matter.

DATED: July 20, 2007                    Respectfully Submitted,


                                   /s/
                    _____
                    MICHAEL V SCHAFLER
                    Deputy Federal Public Defender