# EXHIBIT A

June 15, 2007

To Whom It May Concern:

My family and I, Patricia Romero have the pleasure of meeting the Tapia family in June of 2000 when their son Ernie was enrolled in my Day Care Facility.

I am proud to say that Mr. Luis Tapia is a good example of what I think being a parent should be. Luis is a good and loving father to his three kids and he is always concerned about their well being and development. Mr. Tapia offers to volunteer at the facility on his days off and shows his interest in spending time with his kids by participating in activities. He attends almost every parent meeting and participates by talking to other parents by sharing his experiences with his children. He is a devoted father and is concerned about the growth of his kids.

He is one of the few fathers that come to drop off and pick up their kids. He helps his wife whenever he can and I think that is very important.

Last year, on the Christmas party Mr. Tapia mentioned how much he loved Martha and said he was in love with her. He was very happy being with her and and considered himself lucky to be able to be in his kid's lives. He was proud to be there for them and be able to watch his kids grow up along with Martha. We also talked about the goals he and Martha have for the children and their future.

I hope to see all of Mr. Tapia's wishes come true because he and Martha have worked very hard to give their kids a more comfortable life than what they both had as kids.

Sincerely,

Patricia Romero

Patricia Romero

Day Care Povider

(323) 264-4066 home

# EXHIBIT B

Maria F. Rivas                                    Home 818-390-4115
14264 Sayre St.                                   Sylmar, Ca 91342

May 22, 2007

To Whom It May Concern:

Jose Rodriguez (my husband) and I, (Maria Rodriguez) have been friends with Mr. Luis Tapia and his long time girlfriend Ms. Martha Zepeda for fifteen years. We have seen them together throughout all those years and witnessed them form a family.

They have worked very hard to get to where they were in their life. Luis and Martha are devoted parents to their kids, Ernie who is ten, Isis who is almost four, and Lilly who will be one year old in July 2007. They are a very loving family, and that is the most important thing to them. They have always put their family first before everything else. When you walk into their home, you can feel the love of their family; this makes me happy to see they have a good family lifestyle.

Luis will always give his everything for his family. He just wants the best things in life for them and he gives all that he's got for them to have that. He will not settle for anything less than that. His family motivates him and is the number one reason why he long hours just so he can provide for them.

We admire him for being there for his family and for being the man that he has become. He is a responsible father and he always gives 100 percent to everything that he does. We know we can always count on him if we ever need anything and he knows the same about us. Luis is more than a friend he is like a member of our family. He' has gained our trust and we know that he will not let our friendship down. He is a respectful individual who is always thinking positive towards his future and his family's.

We truly hope this letter of recommendation helps him in way. His family needs and misses Luis very much and they deserve the opportunity and right to be happy together as a family.

Sincerely,

Maria F. Rivas