## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | **2:07-cr-00135-ER** | Date | July 23, 2007 |
|---|---|---|---|

Present: The Honorable   EDWARD RAFEEDIE, U.S. DISTRICT JUDGE

Interpreter   Not applicable.

| Pamela Silence | Freda Mendelsohn | Fred Slaughter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LUIS TAPIA | ✓ | ✓ | | Michael Schafler, DFPD | ✓ | ✓ | |

**Proceedings:**       SENTENCING

Case called.  Counsel make their appearances.  Court and counsel confer.  Defendant is invited to allocute but declines.

Defendant is sentenced.  Refer to Judgment and Probation/Commitment Order attached hereto.

|  | : | 9 |
|---|---|---|
| Initials of Preparer | prs | |