FILED

Luis Tapia
Reg. No. **44471-112**
FCI-Victorville I
P.O. Box 5300
Adelanto, CA 92301

IN PROPRIA PERSONA

LODGED
CLERK, U.S. DISTRICT COURT

OCT 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2008 OCT 15 AM 10: 46

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV08-06760 ODW

UNITED STATES OF AMERICA,          )
                                   )   CASE NO.  2:07-CR-00135-ER
     Respondent,                   )
                                   )   MOTION TO REQUEST A REDUCTION OF TIME/
v.                                 )   SENTENCE BY A PERSON IN FEDERAL CUSTODY
                                   )   PURSUANT TO 18 U.S.C. § 3582 AND 28
LUIS TAPIA,                        )   U.S.C. § 2255
                                   )
     Petitioner.                   )
_____)

COMES NOW, the Petitioner, Luis Tapia, acting in propria persona, respectfully submits this Motion to Reqeust a Reduction of Sentence/Time, pursuant to 18 U.S.C. § 3582 and 28 U.S.C. § 2255.

The Petitioner respectfully requests that this Honorable Court GRANT a REDUCTION OF TIME/SENTENCE based on the following Grounds, Memorandum of Points and Authorities established in this Motion as a factual basis.

                                 FACTS

1) Under the Attorney General Memorandum, dated April 28, 1995, the U.S. Attorney can offer up to two (2) points of level reduction off of the Sentence if the Defendant accepts a final Deportation Order.

2) The Petitioner is currently incarcerated at the Federal Correctional Institution-Victorville I in Adelanto, California.

3) The Petitioner is serving a __41__ month sentence of imprisonment, with a ____ year SUPERVISED RELEASE (PROBATION) to follow upon release from

this facility.

## MEMORANDUM OF POINTS AND AUTHORITIES

1) Violation of the Equal Protection Rights, pursuant to the XIV Amendment of the U.S. Constitution.

2) Violation of DUE PROCESS, pursuant to the V Amendment of the U.S. Constitution.

3) Equal Rights Act of 1964 is violated in that no person shall be discriminated, regardless of race, color, sex, religion, origin, or nationality.

An U.S. Citizen inmate is entitled to different privileges due to his/her origin i.e., 1 one (1) year reduction of sentence through RDAP (DRUG PRO-GRAM); up to 12 (twelve) months in a half-way house (CCC) to prepare to re-assimilate back into society; a UNICOR employment full of good wages and other benefits, etc.

An alien is deprived of his benefits and/or privileges due to his status, in which, the Petitioner finds himself committed to a harsher sentence and a harsher time due to his staus in the United States of America.  Both a U.S. Citizen inmate and an alien inmate ilve and comport by the same rules, policies, privileges and standards of such Institution and the Bureau of Prisons.

THEREFORE, the Petitioner respectfully requests that RELIEF be GRANTED and a DOWNWARD DEPARTURE or REDUCTION OF SENTENCE be made, doing otherwise would be discriminative.

The Petitioner has shown good faith and good cause to GRANT this Motion all in the interest of justice and the V and XIV AMendments to the United States Constitution that guarantee protected rights.

RESPECTFULLY SUBMITTED on this 24th day of September, 2008.

Luis Tapia/Petitioner
Propria Persona/Defendant

- 2 -

# CERTIFICATE OF SERVICE

I, __Luis Tapia_____ hereby certify that I have served a true and correct copy of the following:

MOTION FOR REDUCTION OF SENTENCE

This action is deemed filed at the time it was delivered to prison authorities for forwarding, (see Houston v. Lack, 101 L.Ed.2d 245 (1988)), upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said motion(s)/petition(s) in a sealed, postage prepaid envelop addressed to:

United States Disrict Court
Central District of California
Clerk of the Court
312 N. Spring Street
Los Angeles, CA 90012

This legal action was deposited in the United States Mail at the Federal Correctional Complex, Victorville Medium I, which is located at 13777 Air Expressway Blvd., Victorville, California 92394.

I declare, under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 24th day of September_____, 20 08.

_____
Luis Tapia/Petitioner
Propria Persona

- 3 -



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Wednesday, October 15, 2008

**LUIS TAPIA #44471-112**
**FCI - VICTORVILLE**
**P.O. BOX 5300**
**ADELANTO, CA 92301**

Dear Sir/Madam:

A ☐ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number

A ☒ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number  **CR07-135 ER**        and also assigned the civil case number        **CV08- 6760 ODW**

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☒ District Court Judge __**Otis D. Wright II**_____

☐ Magistrate Judge _____

at the following address:

☒ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516
(714) 338-4750

☐ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____
CPOWERS

Deputy Clerk

CV-17 (01/01)                    **LETTER re FILING H/C PETITION or 28/2255 MOTION**